UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KFORCE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4: 14 CV 1880 CDP |
| ) | |
| BEACON HILL STAFFING GROUP ) | |
| LLC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that plaintiff's motion for temporary restraining order [#5] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to amend [#12] is granted, and defendant Beacon Hill Staffing Group, LLC shall file a jurisdictional statement listing each member of the LLC and the citizenship of each of its members by **December 1, 2014.**

**IT IS FURTHER ORDERED** that defendants shall, by **November 21, 2014**, return to Kforce any and all records and documents in whatever form (whether original, copied, computerized, or handwritten) that were in any way obtained by defendant Gary Hahn during his period of employment with Kforce, including but not limited to any records or documents containing Kforce's confidential information.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2014.