UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KFORCE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4: 14 CV 1880 CDP |
| ) | |
| BEACON HILL STAFFING GROUP ) | |
| LLC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND PRE-HEARING ORDER**

As discussed with counsel during yesterday's telephone conference,

**IT IS HEREBY ORDERED** that this matter is set for a preliminary injunction hearing on **December 18, 2014 at 9:00 a.m. in Courtroom 14-South.**

**IT IS FURTHER ORDERED** that the motion for ruling [#16] is granted only to the extent set out below, and the following schedule shall apply to the preliminary injunction hearing and will be modified only upon a showing of exceptional circumstances:

1. Plaintiff shall file its motion for preliminary injunction with supporting memorandum, which shall not exceed the page limitation imposed by local rule, by 5:00 p.m. on **December 1, 2014.** Defendants shall file their opposition to the motion for preliminary injunction, which shall not exceed the page limitation imposed by local rule, by 5:00 p.m. on **December 8, 2014**.

2. Plaintiff shall propound its written discovery immediately. Defendants shall propound any written discovery to plaintiff by no later than 12:00 p.m. on **November 24, 2014.** The parties may each serve up to ten (10) written interrogatories and up to ten (10) document production requests. These requests and notices may be served via facsimile or email, with service effective on the day of transmission.

3. Defendants shall serve their responses to written discovery by **5:00 p.m. on December 3, 2014.** Plaintiff shall serve its responses to written discovery **within five (5) business days of service and no later than 5:00 p.m.**

4. All parties may immediately serve subpoenas on relevant non-parties and require the production of any requested documents within ten (10) business days of service.

5. All parties may immediately notice depositions, and such depositions shall be completed at least three (3) business days before the hearing on preliminary injunctive relief. To the extent practicable, the parties agree that all depositions shall be conducted during the week of December 8, 2014.

No later than **12:00 noon on December 16, 2014**, the parties shall file the following:

1. Witnesses:

A list of all proposed witnesses, identifying those witnesses who **will** be called to testify and those who **may** be called, with a short synopsis of the subject matter of each witness' testimony. Except for good cause shown, no party will be permitted to call any witness not listed in compliance with this Order.

2. Findings, Conclusions, and Trial Brief: Proposed complete and specific findings of fact and conclusions of law, citing authorities in support of said party's legal theories.

3. Bond Proposal: Plaintiff shall submit a bond proposal as required by Federal Rule of Civil Procedure 65(c).

4. Proposed Form of Relief: Plaintiff shall submit a proposed form of preliminary injunction and e-mail a word processing version of this document to my judicial assistant.

**Failure to comply with any part of this Order may result in the imposition of sanctions**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2014.