UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KFORCE INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4: 14 CV 1880 CDP |
| BEACON HILL STAFFING GROUP LLC., et al., | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the joint motion to vacate my Memorandum and Order denying preliminary injunctive relief. [Doc. # 45]. The parties are requesting that I vacate my prior order because they have settled the case. The Court appreciates the efforts of counsel to settle this case and will vacate all deadlines, including the trial date. However, the parties have given the Court no reason why it should vacate an Order denying (as opposed to granting) injunctive relief. The motion will therefore be denied without prejudice. If the parties have an explanation as to why the Court should vacate the Order, they may file a renewed motion (under seal if necessary).

Accordingly,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within 30 days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

/s/ Catherine D. Perry
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2015.